### IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | BANKR. NO.: 17-23282-CMB |
| ) | |
| NATALIE GARRITANO, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | ADV. PRO. NO.: 17-02213-CMB |
| ) | |
| _____ ) | |
| ) | |
| NATALIE GARRITANO, ) | |
| ) | |
| Plaintiff/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| TOYOTA MOTOR CREDIT COMPANY, ) | |
| ) | |
| Defendant/Creditor. ) | |

### ORDER

AND NOW, this <u>12th</u> day of <u>January</u>, 2018, after consideration of the Stipulation filed by Debtor Natalie Garritano on January 10, 2018, it is hereby ordered that that the Court determines that Defendant has a secured claim for $7,050.00 at 5.25% to be paid through Debtor's Plan at $133.85 per month, and that the remaining debt, that being $776.36, will be treated as unsecured, nonpriority debt. Defendant shall release the title of the vehicle to Debtor upon payment in full of the $7,050.00 secured claim.

BY THE COURT:

_____
CARLOTA M. BÖHM,
U.S. District Court Bankruptcy Judge

FILED
1/12/18 9:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

Garritano,
    Plaintiff

Adv. Proc. No. 17-02213-CMB

Toyota Motor Credit Company,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: dric　　　Page 1 of 1　　　Date Rcvd: Jan 12, 2018
　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
pla　　　　+Natalie Garritano,　717 Penn Street,　Brackenridge, PA 15014-1148
dft　　　　+Toyota Motor Credit Company,　P.O. Box 9013,　Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust　　　　+E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 13 2018 01:24:40
　　　　　　Office of the United States Trustee,　Liberty Center.,　1001 Liberty Avenue, Suite 970,
　　　　　　Pittsburgh, PA 15222-3721
ust　　　　+E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jan 13 2018 01:24:40　　United States Trustee,
　　　　　　228 Walnut Street, Suite 1190,　Harrisburg, PA 17101-1722
ust　　　　+E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 13 2018 01:24:39　　United States Trustee,
　　　　　　Office of the U.S. Trustee,　833 Chestnut Street,　Suite 500,　Philadelphia, PA 19107-4405
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
　　　　Glenn R. Bartifay　　on behalf of Plaintiff Natalie　Garritano gbartifay@bartifaylaw.com,
　　　　　sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
　　　　James　Warmbrodt　　on behalf of Defendant　Toyota Motor Credit Company bkgroup@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2